State v. Moore

---

STATE OF NORTH CAROLINA v. MELVIN CECIL MOORE AND BILLY DEAN TRANSEAU

No. 242PA86

(Filed 7 April 1987)

WE granted petitions for discretionary review pursuant to N.C.G.S. 7A-31 on 6 May 1986 (defendant Transeau) and 12 August 1986 (defendant Moore) to review the decision of the Court of Appeals (*Webb, J.,* with *Hedrick, C.J.,* concurring, and *Parker, J.,* concurring in the result) reported at 79 N.C. App. 666, 340 S.E. 2d 771 (1986). The Court of Appeals found no error in defendants' trial by *Wood, J.,* in Superior Court, WILKES County, in which defendants were found guilty of trafficking in marijuana by possession and sentenced to twelve years (defendant Moore) and seven years (defendant Transeau) imprisonment.

*Lacy H. Thornburg, Attorney General, by John H. Watters, Assistant Attorney General, for the State.*

*Dennis R. Joyce for defendant-appellant Melvin Cecil Moore.*

*Vannoy, Moore, Colvard, Triplett & Freeman, by Paul W. Freeman, Jr., for defendant-appellant Billy Dean Transeau.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the records, briefs, and oral arguments in the case before us, we conclude that our orders of 6 May 1986 and 12 August 1986 allowing defendants' petitions for discretionary review were improvidently allowed.

The writ of supersedeas allowed to defendant Transeau on 6 May 1986 is hereby dissolved.

Discretionary review improvidently allowed.

Justice WEBB did not participate in the consideration or decision of this case.